UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------x

UNITED STATES OF AMERICA,    :

    :        **ORDER**

v.    :

    :        16 CR 328-7 (VB)

JUAN MONTERO,    :

                Defendant.    :

-------------------------------------------------x

At the sentencing hearing on November 4, 2021, on this violation of supervised release

matter, for the reasons stated on the record, the Court imposed a sentence of, among other things,

TIME SERVED.  Accordingly, defendant Juan Montero, USM #77669-054, is hereby

ORDERED released from the custody of the United States Marshal, subject to any detainers or

detention orders lodged by any immigration or law enforcement authorities.

Dated: November 4, 2021
      White Plains, NY

                                 SO ORDERED:

                                 Vincent L. Briccetti
                                 United States District Judge